IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE HUBER, individually and on behalf of all others similarly situated, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 2:19-01424 |
| v. | : | |
| | : | |
| SIMON'S AGENCY, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 17th day of November 2021, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 58) is **GRANTED** as to Counts II and IV and **DENIED** as to Counts I and III.

2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 60) is **GRANTED** as to Count I and **DENIED** as to Counts II and IV.

                                     __s/ANITA B. BRODY, J.___
                                     ANITA B. BRODY, J.

COPIES **VIA ECF**