IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE HUBER, on behalf of all others similarly situated, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 2:19-01424 |
| v. | : | |
| | : | |
| SIMON'S AGENCY, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 3rd day of December, 2021, it is **ORDERED** that:

1. Plaintiff's Motion for Class Certification (ECF No. 59) is **GRANTED**;

2. Marcus & Zelman, LLC is appointed to serve as class counsel; and

3. **On or before January 7, 2022**, Plaintiff must file a motion containing draft notice and a request to Defendant to produce the list of 676 class members' names and addresses.

                                                                             s/ANITA B. BRODY, J.
                                                                             ANITA B. BRODY, J.

COPIES **VIA ECF**