# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE HUBER, on behalf of all others similarly situated, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 2:19-01424 |
| v. | : | |
| | : | |
| SIMON'S AGENCY, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 2nd day of June, 2022, it is **ORDERED** that Defendant Simon's Agency, Inc.'s Motion for Reconsideration of Article III Standing (ECF No. 91) is **DENIED**.

                                                                                   s/ANITA B. BRODY, J.
                                                                                   ANITA B. BRODY, J.

COPIES **VIA ECF**