IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE HUBER, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>-against-<br><br>SIMON'S AGENCY, INC.,<br><br>**Defendant.** | Civil Case Number:<br>2:19-cv-01424-AB |

## STIPULATION AND ORDER

Plaintiff, Jamie Huber, and Defendant, Simon's Agency, Inc., by and through their respective undersigned counsel, hereby agree and stipulate:

1. On November 17, 2021, the Court issued an Order, granting the Plaintiff summary judgment on her claim that the Defendant violated Section 1692e of the Fair Debt Collection Practices Act, as asserted in Count I of the Plaintiff's Complaint. *See,* Docket 69.

2. In that Order, the Court also denied the Defendant's motion for summary judgment as to the Plaintiff's claim that the Defendant violated the Telephone Consumer Protection Act, as asserted in Count III of the Complaint. The Court then granted summary judgment to the Defendant on the Plaintiff's two remaining FDCPA claims in this action (Counts II and IV).

3. On December 3, 2021, the Court then certified this case as a class action, comprised of the 676 class members in Clifton Heights, Pennsylvania who all received the same form Collection Letter that was the subject of Plaintiff's Count I. *See,* Docket 71.

4. As a result, the sole issues left for trial were (a) a determination of the Plaintiff's TCPA claim, and (b) the calculation of the damages to be awarded to the Plaintiff and the class as a result of Defendant's violation of Section 1692e of the FDCPA.

5. On April 28, 2022, the parties notified the Court that they had resolved Plaintiff's TCPA claims, and jointly requested that Count III of the Complaint be dismissed. That request was then granted on May 3, 2022. *See,* Docket 88, 90.

6. On June 12, 2022, the parties then agreed to stipulate to an award of the maximum statutory damages available to the Plaintiff and the class members. Specifically, the parties agreed to stipulate that:

    a. the Plaintiff should be awarded $1,000.00 in statutory damages for her individual claim under Section 1692e, which represents the maximum amount of statutory damages available under 15 U.S.C. § 1692k(a)(2)(B)(i);

    b. the Class should be awarded $5,000.00, which represents – or exceeds – 1% of the Defendant's net worth; again, the maximum amount of statutory damages available to the class, as provided by 15 U.S.C. § 1692k(a)(2)(B)(ii); and

    c. the Plaintiff should be awarded an additional $5,000.00 as a service award, for her work in representing the class over the past three years.

7. On June 13, 2022, the Court entered an Order, awarding the amounts stipulated above for the Plaintiff and the class. *See,* Docket 106.

8. Following the Court's June 13, 2022, Order, the sole remaining legal issue is to determine the amount of attorneys' fees and costs to be awarded to the Plaintiff.

9. To expedite the remaining legal issue, the parties have agreed to enter this Stipulation and Order, which preserves the right for Defendant to appeal.

10. The parties have reached an agreement to address attorney's fees and costs post-appeal as needed.

11. The settlement funds will be distributed on a pro rata basis to Class Members within the later of (a) 45 days after the entry of this Order or (b) if an appeal is filed, 45 days after the entry of a final order from which no further appeal(s) may be taken.

12. Any motion for costs and/or attorney's fees shall be filed pursuant to the same time-frame set forth in ¶ 11 above.

13. This Stipulation and Order constitutes a final appealable order of this Court from which an appeal to the United States Court of Appeals for the Third Circuit may be taken, in accordance with the Federal Rules of Appellate Procedure.

Dated: July 13, 2022

| Attorney for Plaintiff<br>*Jamie Huber* | Attorney for Defendant<br>*Simon's Agency, Inc.* |
|---|---|
| By: /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>Marcus Zelman, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br>Tel: (732)695-3282<br>Email: yzelman@marcuszelman.com | /s/David B. Shaver<br>David B. Shaver, admitted PHV (OH #0085101)<br>SURDYK, DOWD & TURNER CO., L.P.A.<br>8163 Old Yankee Street, Suite C<br>Dayton, Ohio 45458<br>(937) 222-2333 | (937) 222-1970 (fax)<br>dshaver@sdtlawyers.com |

**It is so ORDERED.**

_____
**Honorable Anita Brody**
**United States District Judge**