IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE HUBER, on behalf of all others similarly situated, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 19-1424 |
| v. | : | |
| | : | |
| SIMON'S AGENCY, INC., | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this <u>18th</u> day of June, 2025, it is **ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 130) is **GRANTED** as follows:

1. Defendant is **ORDERED** to pay $3,326.25 in costs.

2. Defendant is **ORDERED** to pay $59,513.90 in attorneys' fees.

                                                                 /s/ Anita B. Brody
                                                      ANITA B. BRODY, J.